IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL SHORES, | X X X | |
| Petitioner, | X X | |
| vs. | X X | No. 05-2802-Ma/P |
| BRUCE PEARSON, | X X | |
| Respondent. | X X | |

ORDER TO RESPOND TO PETITION PURSUANT TO 28 U.S.C. § 2241
AND
ORDER GRANTING MOTION FOR LEAVE TO FILE A REPLY

Petitioner Michael Shores, Bureau of Prisons inmate registration number 23982-001, an inmate at the Federal Correctional Institution in Memphis, filed a pro se petition pursuant to 28 U.S.C. § 2241 on October 26, 2005, along with a motion seeking leave to file a reply to any response filed by the Government. The Court issued an order on November 2, 2005 directing the petitioner, within thirty days, to file a properly completed in forma pauperis affidavit or pay the habeas filing fee.[1] The petitioner paid the habeas filing fee on November 2, 2005. On November 15, 2005, the Clerk docketed a letter from petitioner

---

[1] The petitioner had filed an in forma pauperis application with his petition which the Clerk did not docket until October 27, 2005. As petitioner has paid the filing fee, the motion to proceed in forma pauperis is DENIED as moot.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

demonstrating that the filing fee was paid the day the order was issued.

It is ORDERED that the respondent shall file a response to the petition within twenty-three (23) days.

It is further ORDERED that the Clerk shall serve a copy of the petition and this order on the respondent by certified mail and shall provide a copy of the petition and this order to the United States Attorney for the Western District of Tennessee. Pursuant to Fed. R. Civ. P. 4(i), the Clerk shall also send copies of the petition and this order by certified mail to Attorney General Alberto R. Gonzales and Harley G. Lappin, the Director of the BOP.

The motion for leave to file a reply is GRANTED. The petitioner's reply is due thirty (30) days from the date the response is filed.

IT IS SO ORDERED this 7th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02802 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Michael Shores
23982-001
F.C.I memphis
P.O. Box 34550
Memphis, TN 38184

Honorable Samuel Mays
US DISTRICT COURT